IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-CR-00232-M-RJ-2

UNITED STATES OF AMERICA,

     Plaintiff,

v.

KERRY KURTIS BRAITHWAITE,

     Defendant.

ORDER

This matter comes before the court on Defendant's Motion to Sequester [DE 59], Motion for Discovery [DE 60], Motion to Sever [DE 85] and two Motions in Limine [DE 86, 87]. On May 20, 2026, Defendant pled guilty to the charge in the indictment. *See* DE 98. Accordingly, all five motions are DENIED AS MOOT.

SO ORDERED this _____20ᵗʰ_____ day of May, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE